IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-57-GF-BMM-1 |
| Plaintiff, | |
| vs. | |
| TIMOTHY ALLEN WEAVER, | |
| Defendant. | |

On August 23, 2017, the undersigned granted Defendant, Timothy Weaver's (Weaver) Motion for a Psychiatric Exam, (Doc. 23). On September 27, 2017, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Weaver is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Weaver is **GRANTED**. The study period will begin on September 25, 2017 and end on October 25, 2017, with the final report submitted to the Court no later than November 8, 2017.

DATED this 17th day of October, 2017.

_____
Brian Morris
United States District Court Judge