IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-57- GF-BMM |
| Plaintiff, | |
| vs. | |
| TIMOTHY ALLEN WEAVER, | |
| Defendant. | |

On August 8, 2017, the undersigned ordered the Timothy Weaver (Weaver) to determine his mental competency, (Doc. 43). On September 29, 2017, the Court received notice from D. Sproul, (Sproul) Warden, Federal Detention Center, SeaTac, Washington, where Weaver will be evaluated, asking that the study of Weaver begin on September 25, 2017, the date his forensic examiner assigned to his case returned to the facility. The Court granted this request. (Doc. 39) On November 2, 2017, the Court received a letter from Sproul requesting a 15-day extension to allow time for recently obtained medical and mental health records to be reviewed and integrated into any findings into the final report.

Accordingly, pursuant to Title 18 U.S.C. §4247, **IT IS ORDERED** that Weaver's study period will end no later than November 9, 2017, with the final report submitted to the Court no later than November 27, 2017.

DATED this 2nd day of November, 2017.

Brian Morris
United States District Court Judge