# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **TIMOTHY ALLEN WEAVER,** <br><br> **Defendant.** | CR 17-57-GF-BMM <br><br> **ORDER** |

The United States' unopposed motion to allow Dr. Ryan Nybo, Psy.D, with the Federal Bureau of Prisons, to testify via video at the competency hearing set for 11:00 a.m. on December 13, 2017 in Great Falls, Montana IS GRANTED.

The United States shall make all the necessary video conference arrangements with this Court's systems staff in Great Falls, Montana.

DATED this 28th day of November, 2017.

_____
Brian Morris
United States District Court Judge